B & L MOTOR FREIGHT, INC., A CORPORATION OF THE STATE OF OHIO, *ET AL.*, PLAINTIFFS-APPELLANTS, v. RONALD M. HEYMANN, DIRECTOR OF THE DIVISION OF MOTOR VEHICLES OF THE STATE OF NEW JERSEY, AND GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, DEFENDANTS-RE-SPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 15, 1973—Decided November 2, 1973.

Before Judges LEONARD, ALLCORN and CRAHAY.

Mr. *Dean A. Gaver* argued the cause for the appellants (*Hannoch, Weisman, Stern and Besser, and Mr. Morris Oppenheim*, attorneys; Mr. *Albert G. Besser*, on the brief).

Mr. *Richard M. Conley*, Deputy Attorney General, argued the cause for the respondents (Mr. *George F. Kugler, Jr.*, Attorney General, attorney; Ms. *Virginia Long Annich*, Deputy Assistant Attorney General, of counsel).

PER CURIAM. The judgment of the Chancery Division, 120 *N. J. Super.* 270 is affirmed essentially for the reasons set forth in the opinion of Judge Herbert.